FILED
United States Court of Appeals
Tenth Circuit

September 9, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

───────────────────────────────

ROWAN FOWLER, et al.,

    Plaintiffs - Appellants,

v.

KEVIN STITT, in his official capacity as Governor of the State of Oklahoma, et al.,

    Defendants - Appellees.

-------------------------------

AMERICAN CIVIL LIBERTIES UNION, et al.,

    Amici Curiae.

No. 23-5080
(D.C. No. 4:22-CV-00115-JWB-MTS)
(N.D. Okla.)

───────────────────────────────

**ORDER**

───────────────────────────────

Before **HARTZ**, **McHUGH**, and **FEDERICO**, Circuit Judges.

───────────────────────────────

    Appellees' petition for rehearing is denied.

    The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk