FILED
United States Court of Appeals
Tenth Circuit

August 6, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

ROWAN FOWLER, et al.,

    Plaintiffs - Appellants,

v.

KEVIN STITT, in his official capacity as Governor of the State of Oklahoma, et al.,

    Defendants - Appellees.

-------------------------------

AMERICAN CIVIL LIBERTIES UNION, et al.,

    Amici Curiae.

No. 23-5080
(D.C. No. 4:22-CV-00115-JWB-MTS)
(N.D. Okla.)

_____

**ORDER**
_____

Before **HARTZ**, **McHUGH**, and **FEDERICO**, Circuit Judges.
_____

On June 30, 2025, the United States Supreme Court vacated our judgment and remanded this case for further consideration in light of *United States v. Skrmetti*, 145 S. Ct. 1816, 605 U.S. ___ (2025). This court has now received the judgment from the Supreme Court and orders supplemental briefing to assist our review on remand.

Within 20 days of the date of this order, the Appellants shall file a supplemental brief addressing the following issues:

1) Whether the law at issue here involved classifications based on transgender status;

2) The proper level of scrutiny under the Equal Protection Clause of the Fourteenth Amendment; and

3) Whether the allegations in the complaint meet that standard.

Within 20 days of receipt of the Appellants' opening brief, Appellees shall file a responsive brief addressing the same issues. The Appellants may then file a reply brief within 10 days of the receipt of the Appellees' responsive brief.

The parties' supplemental briefs may be no longer than 25 pages in a 13- or 14-point font, with the exception of the reply brief, which may be no longer than 15 pages in length. Although the briefs need not comply with the content requirements of Fed. R. App. P. 28(a), they should be organized in a manner that is helpful to the court. Hard copies need not be submitted.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk