FILED
United States Court of Appeals
Tenth Circuit

February 3, 2026

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

─────────────────────────────

ROWAN FOWLER, et al.,

    Plaintiffs - Appellants,

v.

KEVIN STITT, in his official capacity as Governor of the State of Oklahoma, et al.,

    Defendants - Appellees.

------------------------------

AMERICAN CIVIL LIBERTIES UNION, et al.,

    Amici Curiae.

No. 23-5080
(D.C. No. 4:22-CV-00115-JWB-MTS)
(N.D. Okla.)

─────────────────────────────

**ORDER**

─────────────────────────────

Before **HARTZ**, **McHUGH**, and **FEDERICO**, Circuit Judges.

─────────────────────────────

This court *sua sponte* orders additional supplemental briefing to further assist our review on remand from the United States Supreme Court. The parties are directed to address the following issues:

(1) Whether the Plaintiffs-Appellants' challenge is properly considered a challenge to the Oklahoma statutes and regulations or a challenge to the policy announced by Governor Stitt's Executive Order 2021-24, as described in the Second Amended Complaint (the "Policy").

(2) Whether Oklahoma statutes and regulations permitted amendment of the sex designation on an Oklahoma birth certificate prior to the Policy.

(3) Whether the required level of scrutiny changes if it is the statute and/or policy that is being challenged and whether either can survive intermediate scrutiny or a rational basis review.

(4) The scope of our remand following the Supreme Court's GVR order.

Appellants shall file their supplemental brief within 20 days of the date of this order. Appellees shall file a responsive brief addressing the same issues within 20 days of service of Appellants' brief. Appellants may then file a reply brief within 10 days of the receipt of Appellees' responsive brief.

The parties' supplemental briefs may be no longer than 25 pages in a 13- or 14-point font, with the exception of the reply brief, which may be no longer than 15 pages in length. Although the briefs need not comply with the content requirements of Federal Rule of Appellate Procedure 28(a), they should be organized in a manner that is helpful to the court. Hard copies need not be submitted.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk