UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                              Jane K. Castro
Clerk of Court                                                      Chief Deputy Clerk

June 18, 2024

Sasha Buchert
Lambda Legal Defense & Education Fund
1776 K Street NW, 8th Floor
Washington, DC 20006

Peter Renn
Lambda Legal Defense & Education Fund
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90010

Shelly Lynn Skeen
Lambda Legal Defense & Education Fund
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219

Karen Keith Wilkins
Karen Keith Wilkins
1515 South Denver
Tulsa, OK 74119-3828

**RE:    23-5080, Fowler, et al v. Stitt, et al**
Dist/Ag docket: 4:22-CV-00115-JWB-MTS

Dear Counsel:

Enclosed is a copy of the opinion of the court issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. 40(a)(1), any petition for rehearing must be filed within 14 days after entry of judgment. Please note, however, that if the appeal is a civil case in which the United States or its officer or agency is a party, any petition for rehearing must be filed within 45 days after entry of judgment. Parties should consult both the Federal Rules and local rules of this court with regard to applicable standards and requirements. In particular, petitions for rehearing may not exceed 3900 words or 15 pages in length, and no answer is permitted unless the court enters an order requiring a response. *See* Fed. R. App. P. Rules 35 and 40, and 10th Cir. R. 35 and 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Ariell Diana Branson
        Patience Crozier
        William Patrick Flanagan
        Erin B Gaide
        Garry Michael Gaskins II
        Kimberly Anne Havlin
        Adam Hines
        Megan Lambert
        Anthony John Powell
        Harper Samuel Seldin
        Audrey A. Weaver
        Zachary Paul West

CMW/mlb